# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV547 |
| v. | ) ) | ORDER TO SHOW CAUSE |
| LEONARD JACKSON, | ) ) | |
| Defendant. | ) ) ) | |

This case is before the magistrate judge for full pretrial supervision. Plaintiffs obtained an entry of default, but did not timely file any motion for default judgment, or take other appropriate action to prosecute the case, as previously ordered.

**IT THEREFORE IS ORDERED** that plaintiffs shall (a) file any motion for default judgment, and (b) show cause why this case should not be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute. The motion and showing of cause shall be filed electronically on or before the close of business on **Monday, May 1, 2006**.

**DATED April 19, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**